IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ABDUL CONTEH, et al. | * | |
| *Plaintiffs*, | * | |
| v. | * | No.: 1:14-cv-00794-BPG |
| SHAMROCK COMMUNITY ASSOCIATION, INC., et al. | * | |
| | * | |
| *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41, Plaintiffs, Abdul and Daday Conteh and Defendants, Shamrock Community Association, Inc. and Nagel & Zaller, P.C., by their respective counsel, dismiss this action with prejudice and with the parties being responsible for their own costs.

Dated: May 26, 2017

Respectfully Submitted,

/s/ Doris N. Weil
E. David Hoskins, No. 19679
LAW OFFICES OF E. DAVID HOSKINS, LLC
16 E. Lombard Street, Ste. 400
Baltimore, Maryland 21202
(410) 662-6500 (Tel.)
dorisweil@hoskinslaw.com

/s/ Stacey A. Moffet (w/permission)
Stacey A. Moffet, Esqure
Eccleston & Wolf, P.C.
7250 Parkway Drive, 4th Floor
Hanover, Maryland 21076
(410) 752.7474
moffet@ewmd.com

*Approved.*
[signature]
5-26-17

1